IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01895-ZLW-KLM

RICHARD WARNER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

ORDER OF RECUSAL
_____

    Because it has just come to my attention that my husband owns shares of stock in the defendant company, I hereby recuse myself from considering this case and request that it be reassigned to another judge.

    DATED at Denver, Colorado, this 20th day of August, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court